UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JUDGMENT IN A CIVIL CASE

CASE NO.:

Plaintiff,

v.

Defendant.

PURSUANT to Federal Rule of Civil Procedure 68(a), confession of judgment was accepted by the                    and JUDGMENT IS HEREBY ENTERED in favor of                    in the amount of $                    .

IT IS ORDERED AND ADJUDGED:

Date:

Clerk, U.S. District Court

_____
By: Deputy Clerk